## LISA PORTO *v.* YALE NEW HAVEN HOSPITAL
### (11376)

HEIMAN, FREEDMAN and SCHALLER, Js.

Argued February 23—decision released March 16, 1993

*Richard M. Franchi,* for the appellant (plaintiff).

*Denise M. Bourque,* with whom, on the brief, was *Penny Q. Seaman,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.